UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ARTEMIO C. NUESTRO and NIMFA D. NUESTRO,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WFASC 2005-AR1 its assignees and/or successors, DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. CV12-02039 JFW (OPx)<br>Hon. John F. Walter<br>Ctrm. 16 – Spring Street<br><br>**(PROPOSED) JUDGMENT**<br><br><br>Action Filed:   June 11, 2012 |

The motion of Defendant U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WFASC 2005-AR1 ("U.S. Bank") to dismiss the First Amended Complaint of Plaintiffs ARTEMIO C. NUESTRO and NIMFA D. NUESTRO pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted was set for hearing on August 20, 2012 at 1:30 p.m. in Courtroom 16 of the above-entitled Court.

On August 7, 2012, the Honorable John F. Walter having found the matter appropriate for resolution without oral argument, and no opposition having been

filed by Plaintiffs, vacated the August 20, 2012 and granted U.S. Bank's motion to dismiss Plaintiffs' amended verified complaint without leave to amend and dismissed the action with prejudice.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that U.S. Bank's motion to dismiss is granted without leave to amend.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiffs' first amended complaint is dismissed in its entirety with prejudice as to Defendant U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WFASC 2005-AR1. Plaintiffs are to recover nothing from U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WFASC 2005-AR1.

DATED: August 24, 2012

/s/
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT
JUDGE