1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

10

11  ARTEMIO C. NUESTRO and          Case No. CV12-02039 JFW (OPx)
    NIMFA D. NUESTRO,               Hon. John F. Walter
12                                  Ctrm. 16 – Spring Street

13            Plaintiffs,

14       vs.                        **(PROPOSED) JUDGMENT**

15  U.S. BANK NATIONAL
    ASSOCIATION, AS TRUSTEE FOR
16  WFASC 2005-AR1 its assignees and/or
17  successors, DOES 1 to 10, inclusive,

18            Defendants.           Action Filed:   June 11, 2012

19

20

21       The motion of Defendant U.S. BANK NATIONAL ASSOCIATION, AS

22  TRUSTEE FOR WFASC 2005-AR1 ("U.S. Bank") to dismiss the First Amended

23  Complaint of Plaintiffs ARTEMIO C. NUESTRO and NIMFA D. NUESTRO

24  pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon

25  which relief can be granted was set for hearing on August 20, 2012 at 1:30 p.m. in

26  Courtroom 16 of the above-entitled Court.

27       On August 7, 2012, the Honorable John F. Walter having found the matter

28  appropriate for resolution without oral argument, and no opposition having been

1  filed by Plaintiffs, vacated the August 20, 2012 and granted U.S. Bank's motion to

2  dismiss Plaintiffs' amended verified complaint without leave to amend and

3  dismissed the action with prejudice.

4      **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that U.S.

5  Bank's motion to dismiss is granted without leave to amend.

6      **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that

7  Plaintiffs' first amended complaint is dismissed in its entirety with prejudice as to

8  Defendant U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WFASC

9  2005-AR1. Plaintiffs are to recover nothing from U.S. BANK NATIONAL

10 ASSOCIATION, AS TRUSTEE FOR WFASC 2005-AR1.

11

12

13 DATED:  August 24, 2012          /s/
                                    _____
14                                  HONORABLE JOHN F. WALTER
                                    UNITED STATES DISTRICT COURT
                                    JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(Proposed) Judgment of Dismissal
Case No. 2:12-cv-02039-JFW-OPx

55000.0353/2307010.1